**DISMISS and Opinion Filed September 18, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01664-CV**

**FUJITSU NETWORK COMMUNICATIONS, INC. AND ALAN DORR, Appellants**
**V.**
**CIRCUIT-METALS, LLC D/B/A INTERMARC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00787-2009**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Myers

Before the Court is the parties' joint motion to dismiss the appeal and to release the supersedeas bond. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion. We set aside the trial court's judgment without regard to the merits and dismiss the case. *See* TEX. R. APP. P. 42.1(a)(2).

/Lana Myers/
LANA MYERS
121664F.P05                                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FUJITSU NETWORK
COMMUNICATIONS, INC. AND
ALAN DORR, Appellant

No. 05-12-01664-CV        V.

CIRCUIT-METALS, LLC D/B/A
INTERMARC, Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 429-00787-2009.
Opinion delivered by Justice Myers.
Justices FitzGerald and Francis,
participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and **DISMISS** the case.

We **ORDER** that the parties bear their own costs of this appeal.

We **ORDER** the obligations of appellants and their surety, Fidelity and Deposit Company of Maryland, under the supersedeas bond are discharged.

Judgment entered this 18th day of September, 2013.

/Lana Myers/
LANA MYERS
JUSTICE